**IN THE SUPREME COURT OF PENNSYLVANIA**

| | | |
|---|---|---|
| In the Matter of | : | No. 27 DB 2021  (No. 28 RST 2021) |
| | : | |
| | : | |
| KIMBERLEY ANN SCARBOROUGH | : | Attorney Registration No. 312697 |
| | : | |
| PETITION FOR REINSTATEMENT | : | (Out of State) |
| FROM ADMINISTRATIVE SUSPENSION | : | |

**O R D E R**

**PER CURIAM**

**AND NOW**, this 6th day of May, 2021, the Report and Recommendation of Disciplinary Board Member dated April 26, 2021, is approved and it is ORDERED that Kimberley Ann Scarborough, who has been on Administrative Suspension, has never been suspended or disbarred, and has demonstrated that she has the moral qualifications, competency and learning in law required for admission to practice in the Commonwealth, shall be and is, hereby reinstated to active status as a member of the Bar of this Commonwealth.  The expenses incurred by the Board in the investigation and processing of this matter shall be paid by the Petitioner.